IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAYMOND ANNIN,

        Petitioner,

v.

BOB HOREL, Acting Warden,

        Respondent.

No. C 06-7273 SBA (pr)

**ORDER GRANTING PETITIONER AN EXTENSION OF TIME TO FILE HIS OPPOSITION**

    Before the Court is a request from Petitioner's appellate attorney, Richard Such, for an extension of time to file an opposition to Respondent's Motion to Dismiss filed on July 23, 2007. Mr. Such states that he is not representing Petitioner, but instead acting as Petitioner's "mailbox," so he can "monitor and assist him with further pleadings." Petitioner's opposition was due no later than August 23, 2007, which is thirty days from the date Respondent's Motion to Dismiss was filed. Because Petitioner's deadline has passed, the Court will construe Mr. Such's letter as Petitioner's request for an extension of time in which to file his opposition. Petitioner has requested no previous extensions of time. Having read and considered the aforementioned letter from Mr. Such and good cause appearing,

    IT IS HEREBY ORDERED that Petitioner's request for an extension of time is GRANTED. The time in which Petitioner may file his response to Respondent's Motion to Dismiss will be extended up to and including **October 5, 2007.**

    IT IS SO ORDERED.

DATED 9/11/07

                                            SAUNDRA BROWN ARMSTRONG
                                            United States District Judge