IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ANNIN,<br><br>       Petitioner,<br><br>v.<br><br>BOB HOREL, Acting Warden,<br><br>       Respondent.<br>_____/ | No. C 06-7273 SBA (pr)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED PETITION** |

Petitioner Raymond Annin, a state prisoner, filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, raising eight claims. On May 12, 2010, the Court directed Petitioner to file an amended petition within thirty days of the order. Subsequently, the Court received a letter from attorney Richard Such, ostensibly on behalf of Petitioner. In the letter, Mr. Such states that he was Petitioner's court appointed counsel in the state appellate court and supreme court, and although he is not representing Petitioner in this matter, he is assisting him in drafting his amended petition. Mr. Such also indicates that due to his vacation plans, he may not be able to file the amended petition on behalf of Petitioner by the June 11, 2010 deadline. Accordingly, the Court sua sponte GRANTS Petitioner until **June 25, 2010** to file his amended petition. If Petitioner fails to file his amended petition by that deadline, the court will dismiss the action with prejudice for failure to prosecute.

IT IS SO ORDERED.

DATED: 6/10/10

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RAYMOND ANNIN,

        Plaintiff,

  v.

BOB HOREL et al,

        Defendant.

Case Number: CV06-07273 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 17, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raymond Annin
c/o Richard Such
Attorney at Law
1120 College Ave. (Upper)
Palo Alto, CA 94306

Dated: June 17, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

G:\SBALC2\Keith\Prisoner\06-7273 - Annin - Order Granting Extension of Time.frm

2