UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

RAYMOND ANNIN,

    Petitioner

v.

MARION SPEARMAN, Warden,

    Respondent.

Case No: C 06-7273 SBA (PR)

**JUDGMENT**

    For the reasons stated in the Court's Order Denying Petition for Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

    IT IS SO ORDERED.

Dated: 9/29/14

SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.06\Annin7273.jud.docx